USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IMPERIUM INSURANCE COMPANY,

                            Plaintiff,

        -against-

ELLEN M. WALKER et al.,

                          Defendants.

-----------------------------------------------------------------X

**ORDER CONVERTING SETTLEMENT CONFERENCE TO TELEPHONE CONFERENCE**

19-CV-4866 (JMF)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Settlement Conference in this matter scheduled for **Friday, December 13, 2019 at 1:30 p.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.

      SO ORDERED.

Dated: December 13, 2019
       New York, New York

                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge